## KING v. POOL.

No. 7665.   Opinion Filed December 21, 1915.

(153 Pac. 860.)

**APPEAL AND ERROR—Dismissal—Case-Made.** Where plaintiff in
error fails to make and serve his case-made within the time
allowed by statute, or within the time as extended by the court
before the expiration of the statutory period, the same is a nullity,
and, on motion, the appeal will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Okfuskee County.*
*Geo. C. Crump, Judge.*

Action between Annie King and J. W. Pool. From
the judgment, Annie King brings error. Dismissed.

*Lafayette Walker,* for plaintiff in error.

*Rossiter & Wright,* for defendant in error.

PER CURIAM. The order overruling the motion for
a new trial in this cause was made and entered on March
29, 1915. The record before us fails to disclose that an
extension of the time for serving case-made was made by
the trial court until May 26, 1915. As the case-made was
not served within the time allowed by statute (Rev. Laws
1910, sec. 5242), nor did the trial court attempt to extend
the time for such service before the expiration of the
statutory period, nor is the record certified as a tran-
script, it follows that the motion to dismiss the appeal
must be sustained.

It is so ordered.